IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

     v.                                      Case No.:     23-mj 17

RICHARD AVIRETT.

## NOTICE OF APPEARANCE

The Clerk of Court will please note the appearance of Robert L. Jenkins, Jr., Esq. on behalf of the defendant.

    I ASK FOR THIS:

    By counsel

    _____
    Robert L. Jenkins, Jr., Esq.
    Bynum & Jenkins
    U.S. District Court Bar No.:  CO0003
    1010 Cameron Street
    Alexandria, Virginia
    (703) 309 0899 Telephone
    (703) 549 7701 Fax
    RJenkins@BynumAndJenkinsLaw.com
    Counsel for RICHARD AVIRETT

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF on this February 21, 2023.

    _____
    Robert L. Jenkins, Jr., Esq.
    Bynum & Jenkins
    U.S. District Court Bar No.:  CO0003
    1010 Cameron Street
    Alexandria, Virginia
    (703) 309 0899 Telephone
    (703) 549 7701 Fax
    RJenkins@BynumAndJenkinsLaw.com
    Counsel for RICHARD AVIRETT