UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-MJ-17 |
| : | |
| RICHARD AVIRETT, : | |
| : | |
| Defendant. : | |

### ORDER

Based upon the representations in the Consent Motion to Continue Status Conference and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further **ORDERED** that the currently scheduled status hearing on April 18, 2023 be continued for good cause to Tuesday, June 20, 2023 at 1:00 P.M.; and it is further

**ORDERED** that the time between April 18, 2023 and June 20, 2023 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to review discovery and negotiate a potential pretrial resolution.

Date: April 12, 2023

THE HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE